**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ANTHONY C. WAGNER,** | ) | **Civil Action No. 7:12-cv-00441** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**FINAL ORDER**</u> |
| | ) | |
| **RANDAL BARNETTE, <u>et al.</u>,** | ) | **By:   Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Wagner's motion for discovery is **DENIED**; defendants' Motion to Dismiss, or in the

Alternative, Motion for Summary Judgment is **GRANTED**; and the action is **STRICKEN** from

the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to the parties.

Entered:  February 21, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge